Priority ___
Send ___
Enter ___
Closed ___
JS-5/(JS-6) ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES SMSA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF WALNUT,<br><br>　　　　Defendant. | Case No. 2:15-cv-08309-RGK (FFMx)<br><br>[PROPOSED] ORDER ~~CONTINUING VERIZON'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR IN THE ALTERNATIVE~~ GRANTING LIMITED RELIEF<br><br>Assigned to U.S. District Judge R. Gary Klausner |

[PROPOSED] ORDER ON PARTIAL MOTION FOR SUMMARY JUDGMENT

12847-0003\1917134v1.doc

**IT IS HEREBY ORDERED AS FOLLOWS:**

~~This matter came before the Court on the motion of Plaintiff Los Angeles, SMSA Limited Partnership d/b/a Verizon Wireless ("Verizon") for partial summary judgment. Having considered Verizon's Motion, the arguments of the parties, and the papers filed herein, it is hereby ORDERED that Verizon's Motion for Partial Summary Judgment is continued to _____.~~

~~Alternatively,~~ It is hereby ORDERED that Verizon's Motion for Partial Summary Judgment is GRANTED. The City of Walnut is hereby ORDERED to approve Verizon's application for a Conditional Use Permit to install, construct, and operate its wireless communication facility at 555 Gartel Drive, Walnut, California 91789.

DATED this 5TH day of APRIL, 2016

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE